| | |
|---|---|
| 1 | Kent J. Schmidt (SBN 195969) |
|   | schmidt.kent@dorsey.com |
| 2 | Navdeep K. Singh (SBN 284486) |
|   | singh.navdeep@dorsey.com |
| 3 | **DORSEY & WHITNEY LLP** |
|   | 600 Anton Boulevard, Suite 2000 |
| 4 | Costa Mesa, CA 92626-7655 |
|   | Telephone:  (714) 800-1400 |
| 5 | Facsimile:   (714) 800-1499 |
| 6 | Creighton R. Magid (admitted *pro hac vice*) |
|   | magid.chip@dorsey.com |
| 7 | **DORSEY & WHITNEY LLP** |
|   | 1401 New York Avenue NW, Suite 900 |
| 8 | Washington, DC 20005 |
|   | Telephone: (202) 442-3000 |
| 9 | Facsimile: (202) 442-3199 |
| 10 | Elizabeth Baksh (admitted *pro hac vice*) |
|    | baksh.elizabeth@dorsey.com |
| 11 | **DORSEY & WHITNEY LLP** |
|    | 51 West 52nd Street |
| 12 | New York, NY 10019 |
|    | Telephone:  (212) 415-9200 |
| 13 | Facsimile:  (212) 953-7201 |
| 14 | Attorneys for Defendants |
|    | BAI BRANDS, DR. PEPPER |
| 15 | SNAPPLE GROUP, INC., LARRY |
|    | YOUNG, BEN WEISS and JUSTIN |
| 16 | TIMBERLAKE |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN BRANCA, on behalf of himself and all others similarly situated, | | CASE NO. 3:18-CV-00757-BEN-KSC |
| | Plaintiff, | **DEFENDANTS BAI BRANDS, LLC, DR PEPPER SNAPPLE GROUP, JUSTIN TIMBERLAKE, LARRY YOUNG AND BEN WEISS' NOTICE OF MOTION AND MOTION FOR SANCTIONS** |
| v. | | |
| BAI BRANDS, LLC, a New Jersey Limited Liability Company; DR. PEPPER SNAPPLE GROUP, INC., a Delaware Corporation; LARRY YOUNG, an individual; BEN WEISS, an individual; JUSTIN TIMBERLAKE, an individual, | | Hearing Date:  August 13, 2018
Time: 10:30 a.m.
Courtroom: 5A
Hon. Roger T. Benitez |
| | Defendants. | FAC filed: April 30, 2018 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 13, 2018 at 10:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 5A of the above-entitled Court, located at 221 West Broadway, Suite 5135, San Diego, CA 92101, Defendants Bai Brands, LLC ("Bai"), Dr Pepper Snapple Group ("DPSG"), Justin Timberlake, Larry Young and Ben Weiss (collectively the "Defendants") will and hereby do move this Court for an Order striking all allegations in the First Amended Complaint ("FAC") concerning allegedly artificial malic acid and awarding Defendants their costs of defending this suit.

As more fully set forth in the accompanying memorandum of points and authorities, this motion is made pursuant to Rules 11(b)(3) and 12(c) of the Federal Rules of Civil Procedure.

This Motion is based upon the accompanying memorandum of points and authorities, the Declaration of Creighton M. Magid and exhibits attached thereto, the files and evidence in this case and such evidence and argument as may be proffered at the hearing of the Motion.

Dated:   July 6, 2018

Respectfully submitted

**DORSEY & WHITNEY LLP**


By: */s/ Kent J. Schmidt*
Kent J. Schmidt
Navdeep K. Singh
Creigton R. Magid, Pro Hac Vice
Elizabeth Baksh, Pro Hac Vice
Attorneys for Defendants
BAI BRANDS, DR. PEPPER SNAPPLE GROUP, INC., LARRY YOUNG, BEN WEISS and JUSTIN TIMBERLAKE

# CERTIFICATE OF SERVICE

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 600 Anton Boulevard, Suite 2000, Costa Mesa, CA 92626-7655. On July 6, 2018, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: **DEFENDANTS BAI BRANDS, LLC, DR PEPPER SNAPPLE GROUP, JUSTIN TIMBERLAKE, LARRY YOUNG AND BEN WEISS' NOTICE OF MOTION AND MOTION FOR SANCTIONS**

SERVED UPON: LAW OFFICES OF RONALD A. MARRON
Ronald A. Marron
Michael T. Houchin
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile" (619) 594-6665
ron@consumersadvocate.com
mike@consumersadvocate.com

☒ (VIA ELECTRONIC MAILING SERVICE)  My electronic business address is miller.laura@dorsey.com and I caused such document(s) to be electronically served to the interested parties at the e-mail address indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmissions were unsuccessful.

☒ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by **ASAP/LEGAL SOLUTION ATTORNEY SERVICE** to receive documents to be delivered on the same date.

☒ (BY FEDERAL EXPRESS) I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on July 6, 2018, at Costa Mesa, California.

 */s/ Laura Miller*
Laura Miller