Kent J. Schmidt (SBN 195969)
schmidt.kent@dorsey.com
Navdeep K. Singh (SBN 284486)
singh.navdeep@dorsey.com
**DORSEY & WHITNEY LLP**
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

Creighton R. Magid (admitted *pro hac vice*)
magid.chip@dorsey.com
**DORSEY & WHITNEY LLP**
1401 New York Avenue NW, Suite 900
Washington, DC 20005
Telephone: (202) 442-3555
Facsimile: (202) 442-3199

Elizabeth Baksh (admitted *pro hac vice*)
baksh.elizabeth@dorsey.com
**DORSEY & WHITNEY LLP**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

Attorneys for Defendants
BAI BRANDS, DR PEPPER SNAPPLE GROUP, INC., LARRY YOUNG, BEN WEISS and JUSTIN TIMBERLAKE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRANCA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAI BRANDS, LLC, a New Jersey Limited Liability Company; DR PEPPER SNAPPLE GROUP, INC., a Delaware Corporation; LARRY YOUNG, an individual; BEN WEISS, an individual; JUSTIN TIMBERLAKE, an individual,<br><br>Defendants. | CASE NO. 3:18-CV-00757-BEN-KSC<br><br>**DECLARATION OF PHILIP R. ASHURST, PH.D.**<br><br>Date: September 4, 2018<br>Time: 10:30 a.m.<br>Courtroom: 5A<br>Hon. Roger T. Benitez |

1

## Declaration of Philip R Ashurst Ph.D

I Philip R Ashurst hereby declare as follows:

1. I am proprietor of Dr P. R. Ashurst and Associates, an independent consultancy firm based in the United Kingdom. I have never worked previously for any party in this action.

2. I hold the degrees of Batchelor of Science and Doctor of Philosophy in Chemistry awarded by the University of London (UK). I also hold professional qualifications as a Chartered Chemist and Fellow of the Royal Society of Chemistry; Chartered Scientist and Fellow of the Institute of Food Science and Technology of the United Kingdom. My CV is attached as Exhibit PRA 1.

3. I have worked as an independent since 1982 and my main areas of consultancy are in the chemistry and technology of fruit juices, soft (non-alcoholic) drinks, food flavorings and extracts and other food additives. I have worked both in the United Kingdom and many other countries and am considered a leading expert in my field. I have published widely in my subject and a list of my publications appears as Exhibit PRA 2.

4. I have had experience of particular relevance to this matter in that following a spate of adulteration of fruit juices in the UK and Europe in the 1990s, I was appointed a key member of the UK delegation to a Europe wide committee charged with setting up a system of analytical authenticity testing for fruit juices. These procedures are now in regular use in the United Kingdom and many European countries as a basis for providing consumer

confidence in fruit juice quality.

5.  Further matters of relevance to this issue are books of which I am joint editor entitled "Food Authentication" and "Analytical Methods of Food Authentication". Full details of these books appear in my publications list.

6.  Malic acid is a naturally occurring organic acid that is present particularly in many fruits of the Malus (apple) species for which it provides the acidic character. It also occurs in a wider variety of other natural products.

7.  Malic acid occurs in two stereo-isomeric structural forms, known as D and L enantiomers (but also called isomers) which have identical chemical properties. The property that distinguishes the two enantiomers is in their optical characteristics in aqueous solution.

8.  Most naturally occurring malic acid is in the L-form, although small amounts of the D-form are also found in herbs, spices, fruit juices, and in some materials used to make natural food and beverage colours. Malic acid is also available as a synthetic chemical when it is produced as a so-called racemic mixture as D-L-malic acid. The presence and quantity of malic acid in a beverage product can be readily determined by various analytical techniques, particularly, high performance liquid chromatography (HPLC) . This technique is unable to distinguish the between individual isomeric D and L forms.



3

9.  To obtain a measure of these individual enantiomers, the usual technique is to employ highly specific procedures based on the use of enzymes. Such procedures, which are not suitable for assessing racemic mixtures, are sensitive and cannot produce reliable measure of very small quantities. Although the lowest detection limit is claimed as around 0.01 grams (10 milligrams) per litre, many laboratories regard 0.05 grams/litre as the effective limit value. Measurement of these small quantities could in any event vary in accuracy by up to plus or minus 50%.

10. The plaintiff alleges that three of the defendant's products, Bai Bubbles Guatemala Guava, Bai Antioxidant Ipenema Pomegranate and Bai Bubbles Sparkling Infusion Bolivia Black Cherry contained small quantities of the D isomer of Malic acid. (0.010 grams/100ml; 0.005 grams/100ml and 0.002 grams /100 ml respectively.)  Dr Somogyi claims that these very small quantities of D malic acid could not have significant acidulant properties (a point on which I would agree) and he consequently claims they would have been present for flavoring purposes. I disagree. During my earlier career I have worked in, and indeed owned, a flavor manufacturing business and, for various technical reasons, would not regard D- malic acid as a component of a flavoring.  Further, I do not believe any beverage manufacturer would add D-malic acid at or near undetectable quantities as a flavoring.

11. Dr Somogyi appears to have overlooked the possibility that D-malic acid was present as a naturally occurring component of an ingredient of the products. Despite L-malic acid being claimed as the only form to occur in most fruits, many fruit juices do contain



natural D-malic acid in quantities around the analytical detection limit. Other materials such as some of the natural products used to provide food and beverage colourings are also known to contain natural D-malic acid.

12. It is also known that D-malic acid formation can occur as a result of microbiological activity in a beverage or its ingredients. For example, any delays during the manufacturing process used or in dealing with the samples after opening at the laboratory, could have given rise to small amounts of D-malic acid.

13. As I have indicated above, and on the assumption that an enzymic technique was employed, the levels quoted by Dr Somogyi are at or close to the limit of detectability and must be viewed with considerable scepticism. The mere presence of D-malic acid at, below, or close to the limit of detectability does not indicate whether this material was of natural or synthetic origin and does not indicate the presence of D-L-malic acid.

14. I am advised that the plaintiff's Amended Complaint alleges that Bai Beverages used synthetic D-L-malic acid in its beverages rather than natural L-malic acid. The plaintiff's own test results undermine this hypothesis as the declaration of Dr Somogyi only makes reference to positive tests for the D isomer of malic acid. A test that is specific for D malic acid would not detect synthetic D-L-malic acid.

15. Dr Somogyi does not refer to, and the plaintiff has not provided, any test results concerning the presence of L-malic acid.



If, in fact, D-L-malic acid had been utilized as an ingredient in the Bai products, one would expect the amounts of D-malic acid and L-malic acid to be roughly equivalent, as D-L-malic acid is generally a racemic mixture comprised of equal parts of the D and L enantiomers.

16. I have been provided with the results of analysis for both D and L Malic acid carried out by Eurofins Laboratories in the USA at the request of my instructing lawyers. Copies of these results appear as Exhibit PRA 3.

17. The Eurofins results are for two Bai products which show values for L malic acid at 1.07 ±0.21 grams/litre and D–malic acid at <0.05 grams/litre for Brasilia Blueberry and, for Malawi Mango, L malic acid at 0.27± 0.13 grams/litre and D–malic acid at <0.05 grams/litre. It is not clear whether Eurofins intended the reference to "<0.05 g/l" to mean that no D-malic acid was detected at the detection limit or whether D-malic acid was detected at levels below the detection limit. In any event, at these levels, one could not say that the figures obtained confirmed the presence of D-malic acid. The Eurofins analyses do confirm the presence of L–malic acid at significantly greater levels than that of D-malic acid, drawing into further question the plaintiff's claim that the Bai products contained D-L-malic acid.

18. Dr Somogyi has submitted a synopsis of the results on which he bases his claims. In order to give his report credibility, I would have expected him to have submitted in evidence copies of the relevant analytical reports to demonstrate that the D malic acid



analyses were carried out in an accredited laboratory using recognized methods. Only by having sight of the detailed analytical procedures and results claimed by Dr Somogyi could one properly evaluate the significance of the results or the validity or invalidity of Dr Somogyi's conclusions. Overall, this lack of detailed evidence to substantiate the figures in Dr Somogyi's report would lead me to question their validity and, in consequence, the basis of the plaintiff's claim.

19.   Although not expressly stated, the inference of Dr Somogyi's report is that the small amounts of malic acid alleged to be present are of synthetic origin.  It is quite widely recognized by those knowledgeable in food authenticity testing that fumaric acid is often found with synthetic material.  I therefore would have expected Dr Somogyi to provide lab test results for the detection of fumaric acid.  No such results have been provided.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of August 2018 in Bodorgan UK

*(signature)*

Philip R Ashurst Ph.D.

# EXHIBIT PRA 1

Dr. Philip Roy Ashurst

Dr P R Ashurst and Associates

Tel: +44 (0) 1407 842222

Mobile +44 (0) 7968 214066
email: philip@ashurstassociates.co.uk

**Summary**
A highly qualified consulting chemist specialising in the beverage and natural extracts industries with particular experience in many areas including especially packaged waters, carbonated and non-carbonated soft drinks, fruit juices, fermented beverages,, flavourings colourings and other ingredients such as botanical extracts for use in food and medicines. The interaction between products and packaging, product storage and testing are other areas of expertise. Independent consultant since 1982.

An effective communicator, manager and problem solver with wide experience of working at both board and operating levels in large and small companies and public bodies. Skills include technical, financial and commercial abilities.

**Key skills and abilities**

- Wide technical and scientific knowledge of beverage and fruit juice production and packaging; other beverages and natural products including water; their processing and formulation into consumer products. Extensive knowledge of ingredient and product formulations; as well as in processing, packaging, analysis, quality control and product development. Wide experience in the application of manufacturing systems.

- Considerable technical, management and financial skills with good problem solving abilities. Over 20 years experience of acting as an executive director of private companies and as non-executive director of UK public authorities.

- An effective report writer and communicator

- Editor and author of over 20 technical books and chapters.

- A successful entrepreneur having started, grown and sold my own food ingredient manufacturing business
- 
- Expert witness
- 
- Working knowledge of various IT systems.

**Professional Qualifications**

    Fellow of the Royal Society of Chemistry
    Chartered Chemist;

    Fellow of the Institute of Food, Science and Technology

    Chartered Scientist

**Academic achievements and other training**

    University of London (external student)
    B.Sc in Chemistry by part-time study

    University of London
    PhD Natural Product chemistry by part-time study

    Various management training courses including:-
        - General management
        - Human resource management
        - Finance management

    University of Liverpool
    Diploma in Adult Education

    Strategic management and Planning for directors

**Other past appointments**

    Lay magistrate , Criminal and family courts 1993 – 2008

    Non Executive Director and Vice Chair Herefordshire NHS 1999 – 2014

    Chair of Audit Committee Herefordshire NHS 2000 – 2014

    NHS Mental Heath Act Manager 1999 - 2014

# EXHIBIT PRA 2

Dr Philip Ashurst

List of Publications

1  **Food Flavourings** Ed: P.R. Ashurst    Blackie 1991 ISBN 0 216 92918 0

2  **Production and Packaging of Non-carbonated Fruit Juices and Fruit beverage 2nd Edition**
Ed: P.R.Ashurst    Blackie 1995 ISBN 0 7514 0169 2

3  **Food Flavorings 2nd Edition** Ed: P.R. Ashurst
Blackie 1995 ISBN 0 7514 0228 1

4  **Producción y Envasado de Zumos y Bebidas de Frutas sin Gas**.
 Ed P. R. Ashurst Editorial Acribia   1995 ISBN 84 200 0869 9

5  **Food Authentication** Eds: P.R. Ashurst and M. J Dennis
Blackie 1996 ISBN 0 7514 0341 5

6  **Fruit Processing** Eds: D Arthey and P. R Ashurst
Blackie 1996 ISBN 0 7514 0039 4

7  **Procesado de Frutas** Eds D. Arthey and P.R.Ashurst
Editorial Acribia 1996 ISBN 84 200 0839 7

8  **The Technology of Bottled Water** Eds: D.A.G. Senior and P.R.Ashurst
Sheffield Academic Press 1998 ISBN 0 8493 9733 2

9  **Analytical Methods of Food Authentication** Eds: P. R. Ashurst and M. J. Dennis
Blackie 1998 ISBN 0 7514 0426 8

10  **Chemistry and Technology of Soft Drinks and Fruit Juices**. Ed P. R. Ashurst
Sheffield Academic Press 1998 ISBN  0 8493 9730 8

11  **Tecnología del Agua Embotellada** Eds D.A.G. Senior and P.R. Ashurst
Editorial Acribia  1998 ISBN 84 200 0943 1

12  **Food Flavorings 3rd Edition** Ed: Philip R Ashurst & Associates
Aspen Publishing 1999 ISBN 0 8342 1621 3

13  **Fruit Processing 2nd Edition** Eds D. Arthey and P. R. Ashurst
Aspen 2001 ISBN 0 8342 1733 3

14   **Chemistry and Technology of Soft Drinks and Fruit Juices 2nd Edition**
Ed: Philip R Ashurst. Blackwell 2005 ISBN 1 4051 2286 2

15   **Food Flavorings** Ed: P.R Ashurst.
China Light industry Press 2005 ISBN 7 5019 4573 X

16   **Carbonated Soft Drinks Formulation and Manufacture** Eds David P Steen and P. R. Ashurst  Blackwell 2006  ISBN 1 4051 3435 6

17   **Soft Drink and Fruit Juice Problems Solved**: Philip R Ashurst and Robert Hargitt
Woodhead 2009 ISBN 978 1 84569 326 8

18   **Packaging and Shelf Life of Water and Carbonated Drinks** P.R. Ashurst in
Food Packaging and Shelf Life Ed Gordon L Robertson CRC Press 2010 ISBN 978 1 4200 7844 2

19   **New Directions in Fruit Processing** P.R.Ashurst in
Functional and Speciality Beverage Technology Ed: Paul Paquin
Woodhead 2009 ISBN 978 1 84569 342 8

20   **Applications of Natural Ingredients in Soft Drinks** P.R. Ashurst.
In Natural Food Additives, Ingredients and Flavourings Eds D. Baines and R. Seal. Woodhead 2012 ISBN 978-1-84569-811-9

21   **Fruit Juices and Soft Drinks** P.R. Ashurst in
Food and Beverage Stability and Shelf Life Eds: D. Kilcast and P Subramaniam
Woodhead 2011 ISBN 978-1-84569-701-3

22   **Chemistry and Technology of Soft Drinks and Fruit Juices 3rd Edition**
Ed: P.R. Ashurst, Wiley,2016 ISBN 978 1444333817.

23   **Fruit Juices,** Ashurst P.R, (2016) in Cabellero, B,. Finglas, P.,and Toldra, F.,(Eds) The Encyclopedia of Food and Health, Vol 3, pp130 – 137 Oxford: Academic Press

24   **The Stability and Shelf Life of Fruit Juices and Soft Drinks** P. R Ashurst in the Stability and Shelf Life of Food 2nd Edition Ed P. Subramaniam Woodhead 2016 ISBN 978-0-08-100435-7

25   **Soft Drink and Fruit Juice Problems Solved. 2nd Edition**: Philip R Ashurst, Robert Hargitt and Fiona Palmer. Elsevier, 2017 ISBN 978-0-08-100918-5

# EXHIBIT PRA 3

![eurofins logo]

Test Report No: 80457.2
Report Date: June 27, 2018
Page: 1 of 2

| | | |
|---|---|---|
| Client: | Creighton Magid | |
| | Dorsey & Whitney LLP Washington DC | |
| | 1401 New York Ave, suite 900 Washington, DC 20005 | |
| | Phone: (202) 442-3555 | |
| | Email: magid.chip@dorsey.com | |

| | | | | |
|---|---|---|---|---|
| **Approval Date** | : June 21, 2018 | | **Labeled Age Grade/Size** | : NA |
| **Date of Receipt** | : June 21, 2018 | | **Tested Age Grade** | : NA |
| **Retest** | : No | | **Test Request Form #** | : TRF18061190 |
| **# of Samples Submitted** | : 2 sets of 2 | | | |
| **Manufacturer's Name** | : Dr Pepper Snapple Group | | | |
| **Item Description** | : Bai Beverages | | | |
| **Item Number** | : NA | | | |
| **Country of Origin** | : US | | | |
| **Country of Import** | : NA | | | |
| **PO Number** | : NA | | | |
| **Delivery Conditions** | : Satisfactory, Samples tested as received | | | |

The following test item(s) was/were performed on submitted sample(s) and/or component(s) confirmed by applicant

| TEST REQUESTED | RESULT |
|---|---|
| Quantitative Measurement D-malic acid A7013-3** | See Attachment |
| Quantitative Measurement L-malic acid A7012-3** | See Attachment |

** Analysis completed by Eurofins Subcontract Laboratory

Signed for and on behalf of
Eurofins Product Testing US Inc.

*[signature]*

Jhniva Chapman / Project Manager

This report relates to the above mentioned test item(s) and the extent to tests performed. This test report is not permitted to be reproduced except in full, without written permission of the test facility. This test report does not entitle any safety marks on this or similar products. The sample and the information regarding sample have been provided by the client. All information related to the sample are under liability of the client and have not been checked by Eurofins Product Testing US Inc.

Eurofins Product Testing US Inc.
11720 North Creek Pkwy N., #400, Bothell, WA 98011
Phone: (425) 686-3575/Fax: (425) 686-3096 Web: www.EurofinsUS.com

# Analytical report

| | |
|---|---|
| Sample code Nr. | 370-2018-00174637 |
| Analytical Report Nr. | AR-18-AA-156540-01 / 370-2018-00174637 |

Report Date: 27/06/2018     Page 1/1

| | |
|---|---|
| Our reference : | 370-2018-00174637/  AR-18-AA-156540-01 |
| Client reference : | U806172-02 |
| Sample described as : | Bai beverages Brasilia Blueberry |
| Packaging : | Commercial : 2x530ml=1060ml |
| Sampling/Transport : | FedEx |
| Type : | EX |
| Your purchase order reference : | PO# Q1600053 |
| Analysis starting date : | 26/06/2018 |
| Analyses requested : | A9001 : Urgent analysis with supplement<br>A7012 : L-malic acid<br>A7013 : D-malic acid |

| Compositional analyses | | | | Results (uncertainty) |
|---|---|---|---|---|
| A7013 | AA | D-malic acid | Method : Internal, Enzymatic assay | |
| | | D-malic acid | | <0.05 g/l |
| A7012 | AA | L-malic acid | Method : Internal, Enzymatic assay | |
| | | L-malic acid | | 1.07 (± 0.21) g/l |

**EXPLANATORY NOTE**
This document can only be reproduced in full ; it only concerns the submitted sample.
Results have been obtained and reported in accordance with our general sales conditions available on request.
When declaring compliance or non-compliance, the uncertainty associated with the result has been added or subtracted in order to obtain a result that can be compared to regulatory limits or specifications.The uncertainty has not been taken into account for standards that already include measurement uncertainty or on explicit request of client.
The tests are identified by a five-digit code, their description is available on request.

## Analytical report

| Sample code Nr. | 370-2018-00174604 | Report Date | 27/06/2018 | Page 1/1 |
| Analytical Report Nr. | AR-18-AA-156539-01 / 370-2018-00174604 | | | |

| | |
|---|---|
| Our reference : | 370-2018-00174604/  AR-18-AA-156539-01     Type :    EX |
| Client reference : | U806172-01 |
| Sample described as : | Bai beverages Malawi Mango |
| Packaging : | Commercial : 2x530ml=1060ml |
| | Your purchase order reference : PO# Q1600053 |
| Sampling/Transport : | FedEx      Analysis starting date :    26/06/2018 |
| Analyses requested : | A9001 : Urgent analysis with supplement<br>A7012 : L-malic acid<br>A7013 : D-malic acid |

**Compositional analyses**                                              Results (uncertainty)

| A7013 | AA | D-malic acid | Method : Internal, Enzymatic assay | |
| | | D-malic acid | | <0.05 g/l |
| A7012 | AA | L-malic acid | Method : Internal, Enzymatic assay | |
| | | L-malic acid | | 0.27 (± 0.13) g/l |

**EXPLANATORY NOTE**
This document can only be reproduced in full ; it only concerns the submitted sample.
Results have been obtained and reported in accordance with our general sales conditions available on request.
When declaring compliance or non-compliance, the uncertainty associated with the result has been added or subtracted in order to obtain a result that can be compared to regulatory limits or specifications. The uncertainty has not been taken into account for standards that already include measurement uncertainty or on explicit request of client.
The tests are identified by a five-digit code, their description is available on request.

SAMPLE PHOTO(s)




***END OF REPORT***

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

***Kevin Branca v. Bai Brands, LLC; Dr Pepper Snapple Group, Inc.; Larry Young; Ben Weiss; and Justin Timberlake***
**Southern District of California Case Number 3:18-cv-00757-BEN-KSC**

**DECLARATION OF PHILIP R. ASHURST, PH.D.**

I hereby certify that on August 28, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be automatically served by the CM/ECF system.

Dated:  August 28, 2018                 DORSEY & WHITNEY LLP

                                        By:  */s/ Kent J. Schmidt*
                                             Kent J. Schmidt