**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRANCA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BAI BRANDS, LLC, a New Jersey Limited Liability Company; DR PEPPER SNAPPLE GROUP, INC., a Delaware Corporation; LARRY YOUNG, an individual; BEN WEISS, an individual; JUSTIN TIMBERLAKE, an individual,<br><br>Defendants. | Case No. 3:18-CV-00757-BEN-KSC<br><br>CLASS ACTION<br><br>**JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Roger T. Benitez |

Plaintiff Kevin Branca ("Plaintiff") and Defendants Bai Brands, LLC and Dr. Pepper Snapple Group, Inc. ("Defendants") (collectively "the Parties") hereby stipulate that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims in this action shall be dismissed with prejudice. The Parties shall bear their own attorneys' fees and costs.

Dated: March 10, 2020          LAW OFFICES OF RONALD A. MARRON

                               By:  /s/ Michael T. Houchin
                                    Michael T. Houchin
                                    Attorneys for Plaintiff
                                    KEVIN BRANCA

Dated: March 10, 2020          DORSEY & WHITNEY LLP

                               By:  /s/ Creighton R. Magid
                                    Creighton R. Magid
                                    Attorneys for Defendants
                                    BAI BRANDS, LLC, DR PEPPER SNAPPLE GROUP, INC.,
                                    LARRY YOUNG, BEN WEISS and JUSTIN TIMBERLAKE

1 **ELECTRONIC SIGNATURE CERTIFICATION**

2  I, Michael T. Houchin, hereby declare that the other signatory listed on this
3  document has consented to this electronic filing. I declare under penalty of perjury
4  of the laws of the United States that the foregoing is true and correct.

By:  */s/ Michael T. Houchin*
     Michael T. Houchin