**FILED**

MAR 13 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  u  DEPU

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRANCA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAI BRANDS, LLC, a New Jersey Limited Liability Company; DR PEPPER SNAPPLE GROUP, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 3:18-cv-00757-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>[Doc. No. 61] |

Having read and considered the Joint Motion Dismissing Action with Prejudice by Plaintiff Kevin Branca ("Plaintiff") and Defendants Bai Brands, LLC and Dr Pepper Snapple Group, Inc. (collectively "Defendants"), and good cause appearing,

**IT IS HEREBY ORDERED:**

The party's Joint Motion Dismissing Action with prejudice is hereby **GRANTED**. Each party is to bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated: March 12, 2020

HON. ROGER T. BENITEZ
United States District Judge